QUIN DENVIR, Bar #49374
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINO BLAS-CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-97-250-WBS |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND ORDER |
| v. ) | EXONERATING BOND |
| ) | |
| REGINO BLAS-CASTILLO, ) | |
| Defendant. ) | |
| ) | Judge: Hon. Dale A. Drozd |
| _____ ) | |

On or about May 23, 1997, a $25,000 appearance bond, secured by a deed against the real property of Angel R. Torres, Ramiro B. Castillo, and Martin Hernandez, 872 North 17th Street, San Jose, California, was posted on behalf of Regino Blas-Castillo, also known as Angel Rivera Torres, Case No. CR-S-97-250-WBS, based upon an indictment filed in this district.

On September 17, 1997, a plea of guilty was entered by Mr. Blas-Castillo to a misdemeanor before Magistrate Judge John F. Moulds.

On December 11, 1997, Mr. Blas-Castillo was sentenced to 31 days with credit for time served.

An Order exonerating bond was inadvertently not requested at that time.

It is hereby requested that the $25,000 secured appearance bond posted by Angel R. Torres, Ramiro B. Castillo, and Martin Hernandez, 872 North 17th Street, San Jose, California 95112, be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about June 17, 1997.

Dated:  August 26, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/S/ Jeffrey L. Staniels
JEFFREY LEWIS STANIELS
Assistant Federal Defender
Attorney for Defendant
REGINO BLAS-CASTILLO

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $25,000.00 posted by Angel R. Torres, Ramiro B. Castillo, and Martin Hernandez, and secured by a Deed of Trust for their property located at 872 North 17th Street, San Jose, California 95112, is hereby exonerated and the Clerk of the District Court is directed to reconvey back to the Trustor the deed of trust received by the Clerk on or about June 17, 1997.

DATED: August 29, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/blas-castillo0250.ord